IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| A SILVER APPLE IPHONE 12, ASSIGNED TELEPHONE NUMBER (978) 885-7551, CURRENTLY LOCATED AT 324 SOUTH RIVER ROAD, BEDFORD NEW HAMPSHIRE | Case No. 21-mj -53-01-AJ<br><br>**Filed Under Seal – LEVEL I** |

**MOTION TO SEAL – LEVEL I**

The United States of America respectfully moves this Court to seal this submitted search warrant application, supporting affidavit, search warrant, this motion, any ruling on this motion, and all related paperwork and corresponding docket entries in the above captioned case at Level I, except that the government may later disclose these materials to comply with its discovery obligations under the local rules. In support of this motion, the government states that while the government has indicted several defendants as part of its investigation into the drug trafficking organization described in the affidavit, the government continues to investigate other persons involved with this organization and the public disclosure of any of these materials at this juncture could jeopardize the government's ongoing investigation in this case.  The affidavit contains numerous references and excerpts from intercepted communications.  The existence of the wire interceptions and which phones were the target telephones, is not currently public information and could hinder the ongoing investigative efforts in this matter.

The government respectfully requests that the Court seal this matter for 90 days, or until **June 9, 2021.**

Respectfully submitted,

John J. Farley
Acting United States Attorney

Date: March 11, 2021     By:  /s/ John J. Kennedy
                              John J. Kennedy
                              Assistant U.S. Attorney

Motion:  _X_ Granted      ____ Denied

*Andrea K. Johnstone* (signature)

Andrea K. Johnstone
United States Magistrate Judge